# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Civil Action No.: 17-cv-00768

PATRICIA GAVIN,

    Plaintiff,

v.

DEPARTMENT OF THE AIR FORCE;
DEPARTMENT OF THE INTERIOR;
DEPARTMENT OF EDUCATION;
PRUDENTIAL OFFICE OF SERVICEMEN'S GROUP
LIFE INSURANCE COMPANY;
DONALD GODWIN;
MICHAEL GRUBER;
ILLINOIS STUDENT LOAN ASSISTANCE COMMISSION;
AMERICAN EDUCATION SERVICES, INC.;
NELNET, INC.;
SALLIE MAE;
NAVIENT, INC.; and
KELLER GRADUATE SCHOOL OF MANAGEMENT,

    Defendants.

## NELNET, INC.'S ANSWER TO COMPLAINT

Defendant Nelnet, Inc., ("Nelnet"), through undersigned counsel, hereby submits its Answer to Plaintiff's Complaint for Discharge of Student Loans Due to Government and Attorney Fraud (the "Complaint"). Nelnet denies each allegation in the Complaint that is not specifically admitted.

1. Plaintiff's request for relief in Paragraph 1 of the Complaint is not an allegation to which a response is required. To the extent that the allegations are construed to require a response, Nelnet denies that Plaintiff is entitled to the relief requested therein. Plaintiff's

allegation in Paragraph 1 of the Complaint that "Plaintiff's filing is timely and within the six year statute of limitations" constitutes a legal conclusion to which no response is required. To the extent a response is required, Nelnet denies the allegation. Nelnet is without sufficient information to admit or deny the remaining allegations in Paragraph 1 of the Complaint and, therefore, denies them.

2.   Nelnet is without sufficient information to admit or deny the allegations in Paragraph 2 of the Complaint and, therefore, denies them.

3.   Nelnet is without sufficient information to admit or deny the allegations in Paragraph 3 of the Complaint and, therefore, denies them.

4.   Nelnet is without sufficient information to admit or deny the allegations in Paragraph 4 of the Complaint and, therefore, denies them.

5.   Nelnet is without sufficient information to admit or deny the allegations in Paragraph 5 of the Complaint and, therefore, denies them.

6.   Nelnet is without sufficient information to admit or deny the allegations in Paragraph 6 of the Complaint and, therefore, denies them.

7.   Nelnet is without sufficient information to admit or deny the allegations in Paragraph 7 of the Complaint and, therefore, denies them.

8.   Nelnet is without sufficient information to admit or deny the allegations in Paragraph 8 of the Complaint and, therefore, denies them.

9.   Nelnet is without sufficient information to admit or deny the allegations in Paragraph 9 of the Complaint and, therefore, denies them.

10. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 10 of the Complaint and, therefore, denies them.

11. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 11 of the Complaint and, therefore, denies them.

12. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 12 of the Complaint and, therefore, denies them.

13. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 13 of the Complaint and, therefore, denies them.

14. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 14 of the Complaint and, therefore, denies them.

15. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 15 of the Complaint and, therefore, denies them.

16. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 16 of the Complaint and, therefore, denies them.

17. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 17 of the Complaint and, therefore, denies them.

18. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 18 of the Complaint and, therefore, denies them.

19. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 19 of the Complaint and, therefore, denies them.

20. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 20 of the Complaint and, therefore, denies them.

21. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 21 of the Complaint and, therefore, denies them.

22. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 22 of the Complaint and, therefore, denies them.

23. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 23 of the Complaint and, therefore, denies them.

24. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 24 of the Complaint and, therefore, denies them.

25. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 25 of the Complaint and, therefore, denies them.

26. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 26 of the Complaint and, therefore, denies them.

27. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 27 of the Complaint and, therefore, denies them.

28. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 28 of the Complaint and, therefore, denies them.

29. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 29 of the Complaint and, therefore, denies them.

30. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 30 of the Complaint and, therefore, denies them.

31. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 31 of the Complaint and, therefore, denies them.

32. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 32 of the Complaint and, therefore, denies them.

33. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 33 of the Complaint and, therefore, denies them.

34. Plaintiff's request in Paragraph 34 of the Complaint for injunctive and other relief is not an allegation to which a response is required. To the extent that the allegations are construed to require a response, Nelnet denies that Plaintiff is entitled to the relief requested therein.

35. Plaintiff's request in Paragraph 35 of the Complaint for "loan discharge" is not an allegation to which a response is required. To the extent that the allegations are construed to require a response, Nelnet denies that Plaintiff is entitled to the relief requested therein. Nelnet is without sufficient information to admit or deny the remaining allegations in Paragraph 35 of the Complaint and, therefore, denies them.

36. Nelnet is without sufficient information to admit or deny the allegations in Paragraph 36 of the Complaint and, therefore, denies them.

37. Plaintiff's request in Paragraph 37 of the Complaint for damages is not an allegation to which a response is required. To the extent that the allegations are construed to require a response, Nelnet denies that Plaintiff is entitled to the relief requested therein.

38. The allegation in Paragraph 38 of the Complaint that Plaintiff exhausted her administrative remedies constitutes a legal conclusion to which no response is required. To the extent a response is required, Nelnet denies that Plaintiff has exhausted her administrative remedies. Nelnet is without sufficient information to admit or deny the remaining allegations in Paragraph 38 of the Complaint and, therefore, denies them.

39. Nelnet states that the allegations set forth in Paragraph 39 are not averments to which responses are required. To the extent that responses are required, Nelnet denies that Plaintiff is entitled to any of the relief requested.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff lacks standing to bring the claims.

3. Plaintiff seeks damages for which Nelnet is not responsible.

4. Plaintiff's damages and losses, if any, are the proximate result of parties other than Nelnet and/or intervening events attributable to parties other than Nelnet.

5. Plaintiff's claims are barred in whole or in part by the applicable statute of limitations.

6. Plaintiff's damages and losses, if any, are the proximate result of Plaintiff's own failure to mitigate damages.

7.   Plaintiff's claims may be barred by the doctrine of waiver, estoppel, unclean hands, and laches.

8.   Plaintiff's claims are barred by improper service of the Complaint.

9.   Plaintiff's claims are barred by her failure to exhaust administrative remedies.

10.  Plaintiff's claims are barred in whole or in part by her own breaches of agreements.

11.  Plaintiff's claims are barred in whole or in part by res judicata.

Nelnet reserves the right to amend and/or supplement these affirmative and other defenses as this matter proceeds.

WHEREFORE, having fully answered the Complaint, Defendant Nelnet, Inc. respectfully requests that Plaintiff's Complaint be dismissed with prejudice and that judgment be entered in favor of Nelnet for its attorneys' fees and costs expended in the defense hereof and for any other relief that the Court deems proper.

Respectfully submitted this 17th day of May 2017.

                              BROWNSTEIN HYATT FARBER SCHRECK, LLP

                              By:   *s/ Ryan A. Smith*
                                    Ryan A. Smith - D.C. Bar No. 985586
                                    1155 F. Street N.W., Suite 1200
                                    Washington, D.C. 20004
                                    Telephone: 202.296.7353
                                    Fax: 202.296.7009
                                    Email: rsmith@bhfs.com

                                    *Attorneys for Defendant Nelnet, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 17th day of May 2017, a true and correct copy of the foregoing **NELNET, INC.'S ANSWER TO COMPLAINT** was filed with the Clerk of Court via CM/ECF and served via U.S. Mail on the following:

Patricia Gavin
2475 Virginia Ave NW #323
Washington, DC 20037
Phone: 703.439.4403
Email: gavinsandberg@gmail.com

                                             *s/ Allecia Cavallaro*
                                             Allecia Cavallaro