UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

PATRICIA GAVIN

    Plaintiff

VS.                                        Case No. 1:17-cv-00768 (CKK)

DEPARTMENT OF THE AIR FORCE et. al.

    Defendants.

## PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

**COMES NOW TO THE COURT** Plaintiff Patricia Gavin, Pro Se, to respectfully request injunctive relief and an Order granting Plaintiff's request to stop garnishment of her student loan by Illinois Student Loan Assistance Commission, which is the only lender who has continued to garnish and place Plaintiff's student loans in default status damaging Plaintiff's credit and ability to refinance her loans at Oklahoma University where she has incurred additionally $12,589.00 in tuition.

1. Plaintiff was contacted by Richard Nowell, Counsel for ISAC who advised Plaintiff she could rehabilitate the loan through a 9-month process or refinance the loans. Neither option resolved the problem adequately or in a timely fashion to permit Oklahoma University to repackage Plaintiff's student loans resulting in a tuition bill of $12,589.00 filed as an Exhibit with Plaintiff's July 13, 2017 Motion for Continuance.
2. Counsel Nowell has been served but has not entered appearance in this matter as evidenced by Plaintiff's Proof of Service and Affidavit of Service filed June 13, 2017..
3. Counsel Nowell for ISAC advised Plaintiff she should contact Educational Services Inc. and add them to the pleadings in this matter, but when Plaintiff contacted both Counsel for Ed Financial and Counsel for ISAC by letter and called Ed Financial, the later referred Plaintiff back to ISAC since they no longer had service of the loan, despite having put the loan in default status. Pioneer Recovery Service who serviced the ISAC loan in April 2017 advised Plaintiff they also no longer had the loan either as Department of Education took the loan back from them for disability processing in April 2017.
4. Department of Education TPD Processing contacted Plaintiff to ask Plaintiff to write a letter denying her loans should be discharged due to disability in April 2017 since Plaintiff had VA medical records fraud and identity theft from 2006 to 2011.
5. Plaintiff reported March 16, 2014 the identity theft to Capitol Hill Police where her report was sealed and Plaintiff has requested a copy of the report be sent to her lender ISAC by T Anthony Quinn in the Special Proceedings Branch noted in Service Certificate attached.



1

6. Plaintiff disputes she is disabled and offers as evidence a copy of the VA picture identification issued in 2007 with incorrect social security number barcoded on the VA picture id for records falsely entered under her name in 2006 and misassigned a faulty social security number for records released to obstruct her custody.
7. In 2006, Plaintiff's Counsel Phillip Offill at Godwin Gruber Law Firm (in USP Polluck, LA for stock fraud and conflicts) and her deceased spouse's counsel Randall Tannehill (disbarred) traded upon the records with Counsel Bradley Luce for Plaintiff's younger daughter's father Lt Cmdr John Michael Weidner, USN Retired, to remove Plaintiffs custody in 2006 and obtain SSDI until 2011 for Plaintiffs children.
8. Plaintiff never received SSDI from 2006 to 2011 and was forced to borrow student loans and continue her MBA studies at Keller Graduate School of Management due to the VA records fraud that was used to remove her conservatorship and hide marital assets undisclosed to her in her divorce. Counsel intentionally failed to identity Plaintiff's elder children enrollment in the Koniag Tribe to avoid disclosure of marital assets and Tribe assets won on appeal in 2006 with Koniag Exxon Settlement at the US Supreme Court.
9. But for the attorney fraud trading on these faulty records in 2006, Plaintiff would not have these student loans. Phillip Offill scheduled with Randall Tannehill a November 2006 hearing with Plaintiff set to appear in two places at once while her parental rights were terminated in the 9th Judicial District Court, Rapides Parish Cause 214248 In the Matter of the Marriage of Patricia Gavin and Christopher Edward Gavin and in the Interests of Christopher Patrick Gavin and Katharine Claire Gavin.
10. Plaintiff was not a patient at the VA in 2006, but a patient at Planned Parenthood in 2006; Offill in a May 2006 at a luncheon with Realtor Laurel Barrett and Broker Judy Barrett asked Plaintiff where she had healthcare due to separate action that involved fraudulent construction by Camden Builders that injured Plaintiff and her younger daughter's health who were staying at a residence of Laurel Barrett who Offill subsequently represented. Plaintiff advised she had VA benefits, but did not disclose where she was treated because she did not seek treatment until July 2006 at Panned Parenthood.
11. Counsel Bradley Luce sought to terminate Plaintiffs parental rights in August 2006 with an Emergency Order before Plaintiff was a patient at the VA in 2007 and obtained a continuance in the custody litigation of her younger daughter Jacqueline Michelle Weidner in the 231st Judicial District Court, Tarrant County, Texas, Cause 353715 in Re Jacqueline Weidner, where faulty VA records were also used to terminate Plaintiff's parental rights after her medical records were sealed in 1999 by the US Federal Court of Claims Cause 98-550C Patricia Gavin v. US in an EEO matter relating to Plaintiff's military service.
12. The forgery of Plaintiff's signature on a Waiver of Survivor Benefits in July 2009 returned Plaintiff's deceased spouse to active military duty; but for the forgery Plaintiff would not have loans or garnished status because she would have been advised of undisclosed marital assets Plaintiff's former spouse had to repay to return to duty in August 2009 as Plaintiff and her spouse took a separation allowance in 1999 upon their move to Texas and subsequent divorce in May 14, 2003 in the 233rd Judicial District Court, Tarantino County, Texas, Cause 233-341305 I n the Matter of the Marriage of Patricia Gavin and Christopher

Edward Gavin and in the Interests of Christopher Patrick Gavin, Katharine Claire Gavin and Jacqueline Weidner.

13. Plaintiff's loans with ISAC were placed in default in 2013 and her Survivor Benefits were garnished in 2013 by ISAC while her other loans were placed in deferred status.
14. Plaintiff did not understand until her April 2017 classes in Native American and Indigenous Peoples Law, the VA records fraud was used to remove her conservatorship to avoid pleading the Indian Child Welfare Act to transfer custody to her Native American former spouse who had not disclosed financial assets, Tribe assets and Tribe enrollment of Plaintiff's elder children. Plaintiff's elder children were enrolled in the Koniag Tribe without notice to Plaintiff in her divorce decree, but with Plaintiff's birth certificate and and her parents birth certificate to establish blood quantum.
15. Tribe enrollment by Department of Interior Bureau of Indian Affairs occurred intentionally without notice to Plaintiff by her children, former spouse, brother, parents and father-in-Law as Tribe elder from whom Plaintiff is estranged. The effort to defraud Plaintiff was intentional to hide undisclosed marital assets with the forgery of Plaintiff's Waiver of Survivor benefits.
16. But for the US Government forgery and attorney fraud, Plaintiff would not have loans in garnished status or protracted litigation that has obstructed her income, livelihood, custody and damages her credit; the forgery resulted in the wrongful death of her former spouse and Tamara Davis Gavin.

Wherefore All Premises Considered, Plaintiff respectfully requests an order for Injunctive Relief as follows:

(A) Cease Illinois Assistance Commission (ISAC) loan garnishment of Plaintiff's Survivor Benefits;
(B) Remove Plaintiff's ISAC loans from default status, so she may correct her credit report and qualify for VA loans to relocate.
(C) Discharge Plaintiff's student loans since Plaintiff would not have these loans but for attorney conflicts and fraud, and Plaintiff's VA records fraud.
(D) Judgement for Plaintiff for return of ISAC garnished funds and interest to date.
(E) Judgement for Plaintiff for Oklahoma University Funds totaling $12,589.00 which can no longer can't be financed because of ISAC delay and the failure of the US Government to provide sealed evidence of Plaintiff's identity theft reported March 16, 2014 and requested in February 2016 to be sent to ISAC.

**Respectfully Submitted,**

**Patricia Gavin, Plaintiff, Pro Se**

**2475 Virginia Ave NW #323, Washington, DC 20037**

**703-439-4403| gavinsandberg@gmail.com**

**June 16, 2017**

## Certificate of Service

I certify under penalty of perjury that in this 16th day of June 2017, I caused to be placed in the United States Mail (first class, postage prepaid) a copy of the foregoing addressed as follows:

Scott Sroka

Assistant US Attorney

555 Fourth Street NW

Civil Division Room E4810

Washington, DC 20530

202-252-7113

FAX 202-252-259?

Scott.sroka@usdoj.gov

Counsel For DOE, DOJ and Dept of the Air Force and Department of Interior

Eric Janson

Seyforth & Shaw

925 F Street NW

Washington, DC 20005

202-463-2400

Counsel for Prudential

Ryan A. Smith

Brownstein, Hyatt, Farber, Schreck, LLP

1155 F Street NW Suite 1200

Washington, DC 20004

202.296.7353

202.296.7009

rsmith@bhfs.com

Counsel for Nelnet, Inc.

Mathew H. Sorensen, Esquire
Sean Roche, Esquire
Timothy J. McEvoy, Esquire
Cameron McEvoy PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, Virginia 22030
703.273.8898
703.273.8897
Msorensen@cameronmcevoy.com
Sroche@cameronmcevoy.com
Tmcevoy@cameronmcevoy.com

Counsel for Navient Solutions, Inc. LLC and Sallie Mae Bank, herein sued as Sallie Mae

William D. Day
98 Church Street
Rockville, Maryland 20850
301.605.1722
301.762.6176
day@williamdaylaw.com
Counsel for American Education Services

Laura Steele, Esquire

Wilson, Elser, Moskowitz, Edelman & Dicker

700 11th Street NW Suite 400

Washington, DC 20001

202.626.7660

292.628.3606

Laura.steel@wilsonelser.com

Counsel for Keller Graduate School of Management

[signature]

4

Richard Nowell
Counsel
I Illinois Student Loan Assistance Commission
100 West Randall Street Suite 3-200
Chicago, Illinois 60601

T. Anthony Quinn
Special Proceedings Division
US Attorneys Office
555 Fourth Street NW
Washington, DC 20530

Orrin L. Harrison
Chelsea Hilliard
Gruber, Elroy, Johansen, Hail, Schank, LLP
1445 Ross Ave, Suite 2500
Dallas, Texas 75202
214.855.6800
214.855.6808
oharrison@getrial.com
Chilliard@getrial.com
Counsel for Michael Gruber

C. Michael Buxton
Buxton Law Offices PLLC
1701 Pennsylvania Ave NW Suite 300
Washington, DC 20006
202.461.2205
202.461.2207
Cmbuxton@buxtonlawoffices.com
Counsel for Michael Gruber

Donald Godwin
Godwin Bowman and Martinez
Renaissance Tower
1201 Elm Street Suite 1700
Dallas, Texas 75270
214-939-4400

University of Oklahoma
College of Law Financial Aid
Andrew M.Coats Hall
300 Timberdell Rd.
Norman, Oklahoma 73019-5081

Illinois Office of the Attorney General
Consumer Protection Bureau
500 South Second Street
Soringfield, Illinois 62701

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PATRICIA GAVIN

    Plaintiff

VS.                                                    Case No. 1:17-cv-00768 (CKK)

DEPARTMENT OF THE AIR FORCE et. al.

    Defendants

### ORDER FOR PLAINTIFF INJUNCTIVE RELIEF

UPON CONSIDERATION of the Motion of Plaintiff Patricia Ann Gavin for Injunctive Relief, it is this _____ day of _____

**ORDERED** that the Motion be and herby **GRANTED**, and it is

**FURTHER ORDERED** that Plaintiff Patricia Gavin shall be permitted award and judgement as follows:

(A) Cease Illinois Assistance Commission (ISAC) loan garnishment of Plaintiff's Survivor Benefits;
(B) Remove Plaintiff's ISAC loans from default status, so she may correct her credit report and qualify for VA loans to relocate.
(C) Discharge Plaintiff's student loans since Plaintiff would not have these loans but for attorney conflicts and fraud, and Plaintiff's VA records fraud.
(D) Judgement for Plaintiff for return of ISAC garnished funds and interest to date.
(E) Judgement for Plaintiff for Oklahoma University Funds totaling $12,589.00 which can no longer can't be financed because of ISAC delay and the failure of the US Government to provide sealed evidence of Plaintiff's identity theft reported March 16, 2014 and requested in February 2016 to be sent to ISAC.

 

_____

The Honorable Colleen Kollar-Kotelly

United States District Court for the District of Columbia



Copies to:

Scott Sroka
Assistant US Attorney
555 Fourth Street NW
Civil Division Room E4810
Washington, DC 20530
202-252-7113
FAX 202-252-259?
Scott.sroka@usdoj.gov
<u>Counsel For DOE, DOJ and Dept of the Air Force and Department of Interior</u>

Eric Janson
Seyforth & Shaw
925 F Street NW
Washington, DC 20005
202-463-2400
<u>Counsel for Prudential</u>

Ryan A. Smith
Brownstein, Hyatt, Farber, Schreck, LLP
1155 F Street NW Suite 1200
Washington, DC 20004
202.296.7353
202.296.7009
rsmith@bhsf.com
<u>Counsel for Nelnet, Inc.</u>

Mathew H. Sorensen, Esquire
Sean Roche, Esquire
Timothy J. McEvoy, Esquire
Cameron McEvoy PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, Virginia 22030
703.273.8898
703.273.8897
Msorensen@cameronmcevoy.com
Sroche@cameronmcevoy.com
Tmcevoy@cameronmcevoy.com

<u>Counsel for Navient Solutions, Inc. LLC and Sallie Mae Bank, herein sued as Sallie Mae</u>

William D. Day
98 Church Street
Rockville, Maryland 20850
301.605.1722
301.762.6176
day@williamdaylaw.com
<u>Counsel for American Education Services</u>

Laura Steele, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
700 11th Street NW Suite 400
Washington, DC 20001
202.626.7660
292.628.3606
Laura.steel@wilsonelser.com
<u>Counsel for Keller Graduate School of Management</u>

Richard Nowell

Counsel

I Illinois Student Loan Assistance Commission

100 West Randall Street Suite 3-200

Chicago, Illinois 60601

T. Anthony Quinn

Special Proceedings Division

US Attorneys Office

555 Fourth Street NW

Washington, DC 20530

Orrin L. Harrison

Chelsea Hilliard

Gruber, Elroy, Johansen, Hail, Schank, LLP

1445 Ross Ave, Suite 2500

Dallas, Texas 75202

214.855.6800

214.855.6808

oharrison@getrial.com

Chilliard@getrial.com

Counsel for Michael Gruber

C. Michael Buxton

Buxton Law Offices PLLC

1701 Pennsylvania Ave NW Suite 300

Washington, DC 20006

202.461.2205

202.461.2207

Cmbuxton@buxtonlawoffices.com

Counsel for Michael Gruber

Donald Godwin

Godwin Bowman and Martinez

Renaissance Tower

1201 Elm Street Suite 1700

Dallas, Texas 75270

214-939-4400

University of Oklahoma

College of Law Financial Aid

Andrew M.Coats Hall

300 Timberdell Rd.

Norman, Oklahoma 73019-5081

Illinois Office of the Attorney General

Consumer Protection Bureau

500 South Second Street

Soringfield, Illinois 62701