**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PATRICIA GAVIN,

*Plaintiff*,

v.                                                              Civil Action No. 17-768 (CKK)

DEPARTMENT OF THE AIR FORCE, *et al*,

*Defendants*.

**ORDER**
(June 20, 2017)

The Court has received  Plaintiff's [24] Request for Continuance, which seeks an extension of time of 30 days, until July 7, 2017, during which to "Amend her Original Complaint with specific damages and reply to Motions to Dismiss." The Court previously set a briefing schedule for the Motions to Dismiss filed by Defendant American Education Services, ECF No. 14, Defendant Michael Gruber, ECF No. 10, and Defendants Navient Solutions, LLC and Sallie Mae Bank, ECF No. 7. *See* May 31, 2016 Order, ECF No. 16. Since that time, additional Motions to Dismiss have been filed by Defendant The Prudential Insurance Company of America, ECF No. 17, Defendant Donald E. Godwin, ECF No. 20, and Defendant Keller Graduate School of Management, ECF No. 27.

Plaintiff is representing herself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice … should include an explanation that the failure to respond … may result in the district court granting the motion and dismissing the case." *Id*. at 509.

In accordance with *Fox v. Strickland*, and due to the number of motions currently pending, the Court shall expand the briefing schedule for the pending motions to dismiss, and hereby advises Plaintiff that she must respond to Defendants' Motions to Dismiss (i.e., those with docket numbers 7, 10, 14, 17, 20, and 27) by no later than **AUGUST 1, 2017**, or seek leave to file an Amended Complaint by that time. If Plaintiff does not file a response to the pending motions by that date, or seek leave to file an Amended Complaint by that date, the Court will treat the motions as conceded and dismiss those parties. If necessary, Defendants' replies shall be due by **AUGUST 14, 2017**.

The Clerk of the Court shall mail a copy of this Order to Plaintiff's address of record, by overnight mail.

**SO ORDERED.**

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge