**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PATRICIA GAVIN,

    *Plaintiff*,

v.

DEPARTMENT OF THE AIR FORCE, *et al*,

    *Defendants*.

Civil Action No. 17-768 (CKK)

**ORDER**
(June 22, 2017)

    The Court has received Plaintiff's [28] Motion for Injunctive Relief. The Court shall construe this motion as one for summary judgment pursuant to Federal Rule of Civil Procedure 56, as the relief sought in this motion is the same as the ultimate relief sought by the [1] Complaint. Moreover, although the motion contains factual allegations, similar if not identical to those in the Complaint, no evidentiary support, in the form of affidavits or otherwise, has been provided as required by Rule 56(c)(1).

    At this time, there are a number of motions to dismiss pending by various Defendants, and furthermore, Plaintiff has stated that she may seek leave to amend the operative Complaint. Accordingly, the Court shall hold the [28] Motion in **ABEYANCE**, until any motions to amend the complaint and motions to dismiss are resolved, which may potentially narrow the issues and reduce the number of remaining parties to this action. Following resolution of the motions to dismiss, the Court shall set a briefing schedule with respect to this [28] Motion for any Defendants that remain, and to whom this [28] Motion is germane.

    The Clerk of the Court shall mail a copy of this Order to Plaintiff's address of record, by overnight mail.

    **SO ORDERED.**

    /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge