# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PATRICIA GAVIN,              )<br>                              )<br>        Plaintiff,             )<br>                              )<br>    v.                        )<br>                              )<br>DEPARTMENT                    )<br>OF THE AIR FORCE, *et al.*,   )<br>                              )<br>        Defendants.           )<br>                              ) | Civil Action No. 17-00768 (CKK) |

## **CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Defendants, U.S. Department of the Air Force ("USAF"), U.S. Department of Education ("DOE"), and U.S. Department of the Interior ("DOI") (collectively, the "Federal Defendants"), by and through undersigned counsel, respectfully request an extension of time, up to and including **July 28, 2017**, in which to file their Answer to Plaintiff's Complaint.

In further support of this motion, Defendants state the following:

**BACKGROUND**

1. Plaintiff filed her Complaint on April 26, 2017, seeking discharge of student loans due to alleged government and attorney fraud, seeking injunctive relief and damages against the Federal Defendants and other named non-governmental defendants. The Federal Defendants' Answer is due on June 30, 2017 (*see* ECF No. 25).

2. A number of deadlines and other litigation obligations have arisen, in addition to an unforeseen family situation, which will prevent the undersigned from being able to meet with agency counsel and prepare a draft response in time for both agency and supervisory approval before filing with the Court.

2

3. Undersigned counsel respectfully requests an extension of time of approximately 30 days, through July 28, 2017, in order to permit him to consult with agency counsel and respond to the allegations raised in Plaintiff's Complaint.

4. This is the first request for an extension in this case.

5. Undersigned counsel has contacted Plaintiff, who consents to the relief being sought by this Motion.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant this *Consent Motion for Extension of Time to File Answer*.  A proposed Order consistent with this request is attached herewith.

Dated:  June 27, 2017                Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar No. 415793
United States Attorney

DANIEL F. VANHORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *Scott Leeson Sroka*
SCOTT LEESON SROKA, Member of New York Bar
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7113
Scott.Sroka@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of June 2017, service of the foregoing **Consent Motion for Extension of Time** has been made on counsel of record through the Court's ECF system.

/s/ *Scott Leeson Sroka*
SCOTT LEESON SROKA
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Office: (202) 252-7113
Fax: (202) 252-2599
Email: Scott.Sroka@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| PATRICIA GAVIN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 17-00768 (CKK) |
| DEPARTMENT OF THE AIR FORCE, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## **ORDER**

Upon consideration of the Defendants' *Consent Motion for Extension of Time* and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**.

**FURTHER ORDERED** that the time for Defendants to file their Answer is hereby extended up to and including **July 28, 2017**.

It is **SO ORDERED** this _____ day of _____, 2017.

_____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT COURT JUDGE