UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA GAVIN

    Plaintiff

VS.

                                      Case No. 1:17-cv-00768 (F-Deck)

DEPARTMENT OF THE AIR FORCE ET AL

    Defendants

### PLAINTIFF'S NOTICE OF TRAVEL

**COMES NOW TO THIS COURT,** Plaintiff Patricia Gavin, Pro Se, to notice the Court she will be out of town and traveling July 3, 2017 to July 7, 2017 for business.

                              Respectfully Submitted,

                              Patricia Gavin
                              Plaintiff, Pro Se
                              2475 Virginia Ave NW #323
                              Washington, DC 20037
                              703-439-4403
                              Gavinsandberg@gmail.com

July 1, 2017



## Certificate of Service

I certify under penalty of perjury that in this 1st day of July 2017, I caused to be placed in the United States Mail (first class, postage prepaid) a copy of the foregoing addressed as follows:

Scott Sroka
Assistant US Attorney
555 Fourth Street NW
Civil Division Room E4810
Washington, DC 20530
202-252-7113
FAX 202-252-259?
Scott.sroka@usdoj.gov
Counsel For DOE, DOJ and Dept of the Air Force and Department of Interior

Eric Janson
Seyforth & Shaw
925 F Street NW
Washington, DC 20005
202-463-2400
Counsel for Prudential

Ryan A. Smith
Brownstein, Hyatt, Farber, Schreck, LLP
1155 F Street NW Suite 1200
Washington, DC 20004
202.296.7353
202.296.7009
rsmith@bhsf.com
Counsel for Nelnet, Inc.

Mathew H. Sorensen, Esquire
Sean Roche, Esquire
Timothy J. McEvoy, Esquire
Cameron McEvoy PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, Virginia 22030
703.273.8898
703.273.8897
Msorensen@cameronmcevoy.com
Sroche@cameronmcevoy.com
Tmcevoy@cameronmcevoy.com
Counsel for Navient Solutions, Inc. LLC and Sallie Mae Bank, herein sued as Sallie Mae

William D. Day
98 Church Street
Rockville, Maryland 20850
301.605.1722
301.762.6176
day@williamdaylaw.com
Counsel for American Education Services

Laura Steele, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
700 11th Street NW Suite 400
Washington, DC 20001
202.626.7660
292.628.3606
Laura.steel@wilsonelser.com
Counsel for Keller Graduate School of Management

Richard Nowell
Counsel
Illinois Student Loan Assistance Commission
100 West Randall Street Suite 3-200
Chicago, Illinois 60601

T. Anthony Quinn
Special Proceedings Division
US Attorneys Office
555 Fourth Street NW
Washington, DC 20530

2

Orrin L. Harrison
Chelsea Hilliard
Gruber, Elroy, Johansen, Hail, Schank, LLP
1445 Ross Ave, Suite 2500
Dallas, Texas 75202
214.855.6800
214.855.6808
oharrison@getrial.com
Chilliard@getrial.com
Counsel for Michael Gruber

C. Michael Buxton
Buxton Law Offices PLLC
1701 Pennsylvania Ave NW Suite 300
Washington, DC 20006
202.461.2205
202.461.2207
Cmbuxton@buxtonlawoffices.com
Counsel for Michael Gruber

Donald Godwin
Godwin Bowman and Martinez
Renaissance Tower
1201 Elm Street Suite 1700
Dallas, Texas 75270
214-939-4400

University of Oklahoma
College of Law Financial Aid
Andrew M.Coats Hall
300 Timberdell Rd.
Norman, Oklahoma 73019-5081

Michael Selter (In Memoriam)
Manelli, Denison & Selter
1725 I Street, NW Suite 300
Washington, DC 20006
Main Phone: (202) 261-1000
Fax: (202) 204-8587
jlcardea@mdslaw.com

Russel Sipes
136 East Market Street #700
Indianapolis, Indiana 46204
10 Hale St Suite 400
Charleston, WV 25301
Info@sipeslaw.net
855-747-3752

Patrice Brown
2415 Virginia Ave NW #335
Wash DC 20037

JUL 0 1 2017
RECEIVED BY
U.S. MARSHALS

Clerk of the Court
US District Court
333 Constitution Ave NW
Rm 1225
Wash DC 20001