UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA GAVIN

    **Plaintiff**

VS.

                                                  Case No. 1:17-cv-00768 (F-Deck)

DEPARTMENT OF THE AIR FORCE ET AL

    **Defendants**

## PLAINTIFF'S SECOND REQUEST FOR CONTINUANCE

**COMES NOW TO THIS COURT,** Plaintiff Patricia Gavin, Pro Se, to request additional 30 day continuance to response to Defendant's Motions to Dismiss which were due previously to the Court. Plaintiff asked for one Continuance to respond by July 7, 2017 to Keller Graduate School of Management continuance thru June 23, 2017. Since the US Government Counsel asked for 30 days continuance Plaintiff is requesting an additional 30 days to respond by August 27, 2017 after US Government has responded July 27, 2017. Plaintiff is out of the country from respond to July 3, 2917 thru July 7, 2017 and requested counsels billing statements after filing letter to US Counsel June 23, 2017 detailing the following (Exhibit A).

1. The US Government requested a continuance of 30 days to respond from Tuesday, June 27, 2017 to July 27, 2017.

2. Plaintiff has requested attorney fees from her former counsel Russel Sipes and Michael Selter (deceased April 2016) and added these counsel to the complaint as she exhausted remedy through prior complaints where her income and identity theft obstructed her employment. (Exhibit B).

3. As stated in Exhibit A, Plaintiff would not have had student loans, nor student loans garnished, but for Plaintiff's forged Waiver of Survivor Benefits in 2009 when Plaintiff's former military spouse was retired, but subsequently returned to active duty in August 2009.

4. As a result of forged Waiver of Survivor Benefits, Plaintiff was defrauded of three years retirement benefits awarded in her divorce. These retirement benefits would have been distributed from July 2009 but for the wrongful death of her former spouse March 22, 2012 who was returned illegally to duty and could not have been returned to duty, but for Plaintiff's forged signature on the Waiver of Survivor Benefits. These retirement benefits were awarded in her divorce May 14, 2003 upon the deceased retirement in 2009. Plaintiff's identity theft was an effort to defraud her of both retirement funds from 2009 to 2012 and Survivor Benefits with the death of her former spouse.

5. Plaintiff's children advised her in July 2009 that her former spouse and their father retired while Plaintiff visited them at Louisiana State University.

6. Plaintiff subsequently submitted her divorce decree to Defense Finance and Accounting Service in August 2009, but Plaintiff's forged signature on the Waiver of Survivor Benefits was not discovered until the March 22, 2012 death of her former spouse.

7. The Air Force Military Board of Corrections (AFBCMR) corrected the forged Waiver of Survivor Benefits July 13, 2012 admitting the fraud, but not the loss ic retirement benefits.

8. Plaintiff's student loans were deferred but Plaintiff would not have had deferral or loans garnished by Illinois Student Assistance Commission starting in February 2013 but for the fraud and obstruction of retirement benefits in 2009 (Exhibit C).

9. Additionally, Plaintiff's former spouse failed to disclose marital assets and Koniag Tribe enrollment of their children to Plaintiff. Assets undisclosed in the marriage were used to repay a separation allowance from 1999 taken by Plaintiff and her spouse when he was illegally returned to active duty in 2009 with Plaintiff's forged Waiver of Survivor Benefits.

10. Plaintiff was defrauded of both marital and retirement assets with the forgery; without the forgery Plaintiff would not have the garnished status of her student loans.

11. Plaintiff finished her MBA at Keller Graduate School in 2006, but continued her education when her employment was blocked with VA records fraud and SSDI fraud from 2006 to 2011 until it was exposed in separate Dallas lien litigation after assault April 9, 2010 by Jerral Jones and subpoena of Jerral Jones September 21, 2010.

12. The fraudulent VA records which were sealed in the US Court of Claims Cause 98-550C Patricia Gavin v. United States in January 1999, were obtained with theft of Plaintiff's misbarcoded VA picture id in her purse the night of assault.

13. The VA picture id was issued in error with the social security number the fraudulent records had been entered under for SSDI fraud and traded on by Godwin Gruber attorney Phillip Offil in November 2006 with Randall Tannehill who was disbarred as Plaintiff's former husband's counsel. The billing statements of these two attorneys in November 2009 will reflect scheduling of Plaintiff at two places at once to remove her conservatorship as will lease of Laura Barrett at 3610 Gillespie, Dallas, Texas, from May 2006 to January 2007 with Counsel Lynn Minnick..

14. A copy of the misbarcoded VA picture ID in Plaintiff's purse the night if assult April 9, 2010 by Jerral Jones was provided to American Educational Assistance and Illinois Assistance Commission as part of proof of Identity Theft (Exhibit D).

15. Plaintiff's March 16, 2014 report of identity theft to Capitol Hill Police requested by Defendants and lenders was sealed with her VA medical records, obstructing Plaintiff's ability to exhaust administrative remedy without appeal to this Court.

16. Plaintiff's requests under Freedom of Information of Bureau of Indian Affairs and DOI Solicitor in February 2017 for an explanation of enrollment and disbursement to her spouse and children undisclosed to Plaintiff were ignored as were subpoena requests in the US Federal Court of Claims in Fall 2012 for unredacted copies of the casualty report of Plaintiff's former spouse.

17. The US Government Counsel requested Plaintiff's permission June 27, 2017 to speak to her former counsel Russel Sipes to which Plaintiff did not object. Michael Selter who handled US Federal Claims Court appeal passed away April 16, 2016 and is represents. In Memorial at Manelli Selter. .

18. Plaintiff has added both of her former counsel Sipes and Selter to these pleadings as Plaintiff's income has been obstructed since 1992 along with her ability to repay her student loans since 1992 when she left active duty with denial of EEO findings and slander and libel of Plaintiff. These efforts as reflected by forged Waiver of Survivor Benefits and VA records fraud for SSDI funds intensified after her divorce with nondisclosure of assets and attempts to defraud her of retirement benefits and survivor benefits after her former southern was returned to military duties.

19. Wherefore All Premises Considered, Plaintiff requests response of US counsel and production of requested documents and attorneys fees so she can specify damages along with requested injunctive relief, return of garnished ISAC Funds, discharge of student loans and discharge of $12,589 due to University of Oklahoma College of Law as a result of failure to remove ISAC loan from garnished status to allow Plaintiff to refinance loans.

20. Plaintiff requests continuance to amend her complaint with the benefit of former counsel Sipes and Selter requested billing statements and to respond to all Motions to Dismiss by August 27, 2017 due to US Government continuance requested June 27, 2017 they July 27, 2017..

21. Plaintiff requests all relief in law and equity that justice will allow.

Respectfully Submitted,

Patricia Gavin
Plaintiff, Pro Se
2475 Virginia Ave NW #323
Washington, DC 20037
703-439-4403 | gavinsandberg@gmail.com

July 1, 2017

3

## Certificate of Service

I certify under penalty of perjury that in this 1st day of July 2017, I caused to be placed in the United States Mail (first class, postage prepaid) a copy of the foregoing addressed as follows:

Scott Sroka
Assistant US Attorney
555 Fourth Street NW
Civil Division Room E4810
Washington, DC 20530
202-252-7113
FAX 202-252-259?
Scott.sroka@usdoj.gov
Counsel For DOE, DOJ and Dept of the Air Force and Department of Interior

Eric Janson
Seyforth & Shaw
925 F Street NW
Washington, DC 20005
202-463-2400
Counsel for Prudential

Ryan A. Smith
Brownstein, Hyatt, Farber, Schreck, LLP
1155 F Street NW Suite 1200
Washington, DC 20004
202.296.7353
202.296.7009
rsmith@bhsf.com
Counsel for Nelnet, Inc.

Mathew H. Sorensen, Esquire
Sean Roche, Esquire
Timothy J. McEvoy, Esquire
Cameron McEvoy PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, Virginia 22030
703.273.8898
703.273.8897
Msorensen@cameronmcevoy.com
Sroche@cameronmcevoy.com
Tmcevoy@cameronmcevoy.com
Counsel for Navient Solutions, Inc. LLC and Sallie Mae Bank, herein sued as Sallie Mae

William D. Day
98 Church Street
Rockville, Maryland 20850
301.605.1722
301.762.6176
day@williamdaylaw.com
Counsel for American Education Services

Laura Steele, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
700 11th Street NW Suite 400
Washington, DC 20001
202.626.7660
292.628.3606
Laura.steel@wilsonelser.com
Counsel for Keller Graduate School of Management

Richard Nowell
Counsel
Illinois Student Loan Assistance Commission
100 West Randall Street Suite 3-200
Chicago, Illinois 60601

T. Anthony Quinn
Special Proceedings Division
US Attorneys Office
555 Fourth Street NW
Washington, DC 20530

X_____ [signature]

Orrin L. Harrison
Chelsea Hilliard
Gruber, Elroy, Johansen, Hail, Schank, LLP
1445 Ross Ave, Suite 2500
Dallas, Texas 75202
214.855.6800
214.855.6808
oharrison@getrial.com
Chilliard@getrial.com
<u>Counsel for Michael Gruber</u>

C. Michael Buxton
Buxton Law Offices PLLC
1701 Pennsylvania Ave NW Suite 300
Washington, DC 20006
202.461.2205
202.461.2207
Cmbuxton@buxtonlawoffices.com
<u>Counsel for Michael Gruber</u>

Donald Godwin
Godwin Bowman and Martinez
Renaissance Tower
1201 Elm Street Suite 1700
Dallas, Texas 75270
214-939-4400

University of Oklahoma
College of Law Financial Aid
Andrew M. Coats Hall
300 Timberdell Rd.
Norman, Oklahoma 73019-5081

Michael Selter (In Memoriam)
Manelli, Denison & Selter
1725 I Street, NW Suite 300
Washington, DC 20006
Main Phone: (202) 261-1000
Fax: (202) 204-8587
jlcardea@mdslaw.com

Russel Sipes
136 East Market Street #700
Indianapolis, Indiana 46204
10 Hale St Suite 400
Charleston, WV 25301
Info@sipeslaw.net
855-747-3752

5

**Exhibit A**
**Plaintiff June 23, 2017 Email to US Counsel Scott Sroka**

**Subject:** Fwd: Cause No 1:17-cv-00768 Patricia Gavin v. USAF Et Al. - Amended Complaint Letter
**From:** Patricia Gavin-Sandberg <gavinsandberg@gmail.com>
**Date:** Thu, 29 Jun 2017 17:41:09 +0000
**To:** usa1815 <usa1815@fedex.com>

---------- Forwarded message ----------
From: Patricia Gavin-Sandberg <gavinsandberg@gmail.com>
Date: Fri, Jun 23, 2017 at 1:51 PM
Subject: Cause No 1:17-cv-00768 Patricia Gavin v. USAF Et Al. - Amended Complaint Letter
To: Esadooah, Kevin L. <kesadooah@ou.edu>, Orrin Harrison <oharrison@getrial.com>, chilliard@getrial.com <chilliard@getrial.com>, cmbuxton@buxtonlawoffices.com <cmbuxton@buxtonlawoffices.com>, day@williamdaylaw.com <day@williamdaylaw.com>, dgodwin@godwinlaw.com <dgodwin@godwinlaw.com>, ejanson@seyfarth.com <ejanson@seyfarth.com>, info@sipeslaw.net <info@sipeslaw.net>, jlcardea@mdslaw.com <jlcardea@mdslaw.com>, laura.steel@wilsonelser.com <laura.steel@wilsonelser.com>, mselter@mdslaw.com <mselter@mdslaw.com>, msorensen@cameronmcevoy.com <msorensen@cameronmcevoy.com>, rsmith@bhfs.com <rsmith@bhfs.com>, scott.sroka@usdoj.gov <scott.sroka@usdoj.gov>, sroche@cameronmcevoy.com <sroche@cameronmcevoy.com>, tmcevoy@cameronmcevoy.com <tmcevoy@cameronmcevoy.com>


Scott Sroka
Assistant US Attorney
555 Fourth Street NW
Civil Division Room E4810
Washington, DC 20530
202-252-7113
FAX 202-252-259
Scott.sroka@usdoj.gov
Counsel For DOE, DOJ and Dept of the Air Force and Department of Interior

Re: Forgery of Waiver of Survivor Benefits

Dear Mr. Sroka:

It is probably stating the obvious that the last five years following the death of my former husband, I have experienced a great deal of emotional distress with the discovery noted in estate and life insurance litigation in my former spouse's homicide.

As I contemplate amending my complaint for discharge of student loans and return of garnished funds, it occurs to me that without the forgery of my Waiver of Survivor Benefits in 2009 my former spouse would not have been back on duty from 2009 to 2012 and he likely would not be dead.

Further, it also occurred to me that my former spouse could not have returned to duty but for that forgery that the US Government admitted to with correction of his record 7/13/12; that forgery also *defrauded me of four years of retirement benefits from 2009 to 2012.*

That four years retirement benefits from 2009-2012 would be calculated based amounts to his service from 1/1984 to 7/2009 with a break in service from 1999 to 2001 and our marriage from 6/18/84 to divorce 5/14/2003.

During the period 11/2006 to 11/2011 with fraudulent VA records used to remove my conservatorship of my children, Social Security Administration advised in May 2011 that someone else was drawing SSDI for me along with my elder Native American children and my younger daughter's father, Lt Cmdr Weidner.

Also but for the use of the fraudulent VA recirds to remove my conservatorship instead of pleading Indian Child Welfare Act I would have known and been advised in my divorce of my children's enrollment and undisclosed marital assets.

I would not have student loans in default, or garnished status, or a debt of student loans but for obstruction of justice by whoever is responsible for forging my signature to return my former spouse to duty in 2009.

In fact, I would have received retirement benefits starting in 2009 but for the fraud and I would like these considered in calculating damages.

I am sending a copy to Russel Sipes who also brought my original EEO complaint to the federal court in 1992 when I left active duty in 92 and the EEO findings were denied and falsely reported they had been provided to me and my commander Lt Col Kristin Wells, USAF.

Wells put in my expunged 6/92 OPR the fact my former spouse at that time was causing my departure from the service. I had the OPR expunged in 95 before returning to the Reserves because I was unaware with Bureau of Indian Affairs my former spouse was hiding our children's Tribe Enrollment and funds from Exxon Valdez Koniag litigation and subsequent Settlement. These funds were omitted by Mr. Sipes in my original complaint and later the complaint filed with the US Federal Court of Claims with Michael Selter who worked on the appeal prior to discovery of the fraud. The funds would have mitigated perhaps back wage claims due to coercion from duty which is apparent from my records fraud and forgery admitted after his death with Correction of his records and award of Survivor Benefits.

In any case, the lack of retirement benefits from 2009 to 2012 attributable to the forgery of my signature should account for the offset towards my student loans and return of garnished funds as the forgery also hid the nondisclosure of marital assets in out divorce.

I will file a copy of this letter with my amended complaint and a request for all relief in justice and equity the court will allow.

My children would not be without a father had this forgery not been allowed to occur at Barksdale AFB, LA.

I owe tuition to University of Oklahoma and my studies in Indigenous Peoples Law have been interrupted by the failure to send copies of my 3/16/14 identity theft report to my lenders and a copy of my sealed VA medical records which demonstrate I am not disabled (only intentionally misinformed) as do the school grades and my military record.

Respectfully Submitted,


Patricia Gavin


Certificate of Service
I certify under penalty of perjury that in this 23rd day of June 2017, I caused to be placed in the United States Mail (first class, postage prepaid) a copy of the foregoing addressed as follows:

Scott Sroka
Assistant US Attorney
555 Fourth Street NW
Civil Division Room E4810
Washington, DC 20530
202-252-7113
FAX 202-252-259
Scott.sroka@usdoj.gov
Counsel For DOE, DOJ and Dept of the Air Force and Department of Interior

Eric Janson
Seyforth & Shaw
925 F Street NW
Washington, DC 20005
202-463-2400

Counsel for Prudential

Ryan A. Smith
Brownstein, Hyatt, Farber, Schreck, LLP
1155 F Street NW Suite 1200
Washington, DC 20004
202.296.7353
202.296.7009
rsmith@bhfs.com
Counsel for Nelnet, Inc.

Mathew H. Sorensen, Esquire
Sean Roche, Esquire
Timothy J. McEvoy, Esquire
Cameron McEvoy PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, Virginia 22030
703.273.8898
703.273.8897
Msorensen@cameronmcevoy.com
Sroche@cameronmcevoy.com
Tmcevoy@cameronmcevoy.com

Counsel for Navient Solutions, Inc. LLC and Sallie Mae Bank, herein sued as Sallie Mae

William D. Day
98 Church Street
Rockville, Maryland 20850
301.605.1722
301.762.6176
day@williamdaylaw.com
Counsel for American Education Services

Laura Steele, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
700 11th Street NW Suite 400
Washington, DC 20001
202.626.7660
292.628.3606
Laura.steel@wilsonelser.com
Counsel for Keller Graduate School of Management

Richard Nowell

Counsel
I Illinois Student Loan Assistance Commission
100 West Randall Street Suite 3-200
Chicago, Illinois 60601

T. Anthony Quinn
Special Proceedings Division
US Attorneys Office
555 Fourth Street NW
Washington, DC 20530

Orrin L. Harrison
Chelsea Hilliard
Gruber, Elroy, Johansen, Hail, Schank, LLP
1445 Ross Ave, Suite 2500
Dallas, Texas 75202
214.855.6800
214.855.6808
oharrison@getrial.com
Chilliard@getrial.com
Counsel for Michael Gruber

C. Michael Buxton
Buxton Law Offices PLLC
1701 Pennsylvania Ave NW Suite 300
Washington, DC 20006
202.461.2205
202.461.2207
Cmbuxton@buxtonlawoffices.com
Counsel for Michael Gruber

Donald Godwin
Godwin Bowman and Martinez
Renaissance Tower
1201 Elm Street Suite 1700
Dallas, Texas 75270
214-939-4400
dgodwin@godwinlaw.com

University of Oklahoma
College of Law Financial Aid
Andrew M. Coats Hall
300 Timberdell Rd.

Norman, Oklahoma 73019-5081
kesadooah@ou.edu

Illinois Office of the Attorney General
Consumer Protection Bureau
500 South Second Street
Soringfield, Illinois 62701

Russel Sipes
136 East Market Street #700
Indianapolis, Indiana 46204
10 Hale St Suite 400
Charleston, WV 25301
Info@sipeslaw.net
855-747-3752
Former Counsel - Patricia Gavin

Michael Selter
Manelli, Denison & Selter
1725 I Street, NW Suite 300
Washington, DC 20006
Main Phone: (202) 261-1000
Fax: (202) 204-8587
jlcardea@mdslaw.com

**EXHIBIiT B**
**Letter to Former Counsel Sipes and Selter**

Patricia Gavin

2475 Virginia Ave NW #323

Washington, DC 20037

703-439-4403

gavinsandberg@gmail.com

June 27, 2017

| | |
|---|---|
| Michael Selter (In Memoriam) | Russel Sipes |
| Manelli, Denison & Selter | 136 East Market Street #700 |
| 1725 I Street, NW Suite 300 | Indianapolis, Indiana 46204 |
| Washington, DC 20006 | 10 Hale St Suite 400 |
| Main Phone: (202) 261-1000 | Charleston, WV 25301 |
| Fax: (202) 204-8587 | info@sipeslaw.net |
| jleardea@mdslaw.com | 855-747-3752 |

Re: Cause 1:17-cv-00678 Patricia Gavin v. Dept of the Air Force et. Al.

Dear Counsel:

1. Please note my attached email regarding the Air Force forgery of my signature on a Waiver of Survivor Benefit and VA medical records fraud sent Friday via email to all counsel..

2. This forgery which the US Government admitted and corrected 7/13/12 resulted in my former husband's death and loss of three years retirement benefits when he was returned to duty in 2012 in addition to obstruction with my VA records fraud of my military career, family and custody.

3. I would appreciate if you can send your billing statement and assist with resolution of this matter as I must reply to the court and motions to dismiss requests to discharge student loans and garnished funds I would not have had but for the fraud.

4. I have asked for a continuance through July 7, 2017 to reply to Motions to Dismiss and requested all relief under the law to which I am entitled although I have yet to specify damages with an amended complaint.

5. I would not have had a student loans in default status and garnished, but for government fraud and am requesting return of these funds with retirement, back wages and attorney fees.

6. Please forward a copy of your fees and billing statement.

7. I have filed the Injunction and Request for Production of Documents attached and await your reply.

Sincerely,

Patricia Gavin

Atch (5)

1. Email to all counsel 6/23/17
2. Complaint
3. Continuance
4. Injunction
5. Production of Documents

**EXHIBIT C**
**Illinois Student Assistance Commission Statement**

8

# ISAC STATEMENT OF ACCOUNT

**ILLINOIS STUDENT ASSISTANCE COMMISSION**

P.O. Box 235
Deerfield, IL 60015-0235
1-800-934-3572

SSN: XXX-XX-0260

GAVIN, PATRICIA A
2475 VIRGINIA AVE   APT 323
WASHINGTON DC, DC 20037

ACCOUNT NO.: 29965900
PERIOD: 04/26/17-05/25/17

| DESCRIPTION | CHARGES/ ADJUSTMENTS (+) | PAYMENTS/ ADJUSTMENTS (-) | BALANCE |
|---|---|---|---|
| OPENING BALANCE | | | 28,576.49 |
| NEW DEFAULTED LOAN(S) | 0.00 | | |
| PAYMENTS RECEIVED | 0.00 | 202.20 | |
| ADJUSTMENT TO PRINCIPAL | 0.00 | 0.00 | |
| INTEREST | 152.23 | 0.00 | |
| COLLECTION COSTS | 0.00 | 0.00 | |
| OTHER COSTS/FEES | 15.00 | 0.00 | |
| ENDING BALANCE | | | 28,541.52* |

*This is not your payoff amount. For payoff amount, see below.

HOW THE ABOVE PAYMENTS WERE ALLOCATED:

| PAYMENT APPLICATION | TOTAL PAYMENT | COLLECTION COSTS | OTHER CHARGES | INTEREST | PRINCIPAL |
|---|---|---|---|---|---|
| PAYMENTS | 202.20 | 0.00 | 15.00 | 177.70 | 9.50 |
| REVERSAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT MONTHLY CHARGES | PAST DUE | TOTAL AMOUNT DUE | PAYMENT MUST BE RECEIVED ON OR BEFORE |
|---|---|---|---|
| 167.96 | 31,269.51 | 31,437.47 | 06/09/17 |

*PAYOFF AMOUNT UP TO 06/09/17:   31,437.47

A FEDERAL OFFSET PAYMENT HAS BEEN CREDITED TO YOUR ACCOUNT.
CALL TO DISCUSS OPTIONS FOR SATISFYING YOUR LOAN OBLIGATION.

*To ensure timely credit to your account, you must enclose the remittance portion of the statement with your payment.*

---

Please indicate any changes in name, address or phone number on the lines provided.

Home phone _____

Business phone _____

GAVIN, PATRICIA A
2475 VIRGINIA AVE   APT 323
WASHINGTON DC, DC 20037

00000000029965900003143747

*To ensure timely credit to your account, you must enclose this portion of the statement with your payment.*

SSN:              XXX-XX-0260
ACCOUNT NUMBER:   29965900

Write SSN on Payment
and send to:

ISAC
PO BOX 235
DEERFIELD, IL 60015-0235

| TOTAL AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|
| 31,437.47 | |

Printed by authority of the State of Illinois
ISAC#F340   01/02

**EXHIBIT D**
**AES ID VA Picture ID (Misbarcoded)**



American Education Services
P.O. Box 2461  Harrisburg, PA  17105-2461
Toll-free 1-800-233-0557 · TDD 717-720-2354
Fax 717-720-3931 or 717-720-2774
www.aesSuccess.org · International 717-720-3500

American Education Services

May 2, 2017

PATRICIA A GAVIN
2475 VIRGINIA AVE NW
APT 323
WASHINGTON DC 200372639

Dear Ms. Gavin:

This letter is in response to your recent communication with our office concerning your allegation of identity theft/forgery. AES received an incomplete Identity Theft Affidavit.

**The missing information is checked below:**

☑ A copy of the report that you filed with the police or sheriff's department

☑ All questions in all sections must be answered. You did not answer all questions in section **How the Fraud Occurred**.

**No further action will be taken until all required information is received. Please complete and return enclosed forms.**

Please forward this information to the following address:
**American Education Services**
**Attn: Fraud Processing, HQ2D**
**1200 North 7th Street**
**Harrisburg, PA  17102-1444**

If you have any additional questions, you may call 1-800-233-0557 ext 5563 between the hours of 8:00 a.m. to 5:00 p.m. EST Monday through Friday.

Fraud Processing
American Education Services




